**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLAY COUNTY PORT, INC.,

    Plaintiff,

v.                                                  Case No. 3:23-cv-292-TJC-JBT

M/V ESCAPADE, her engines,
tackle, apparel, etc., In Rem,

    Defendant.

_____

**O R D E R**

This case is before the Court on Plaintiff Clay County Port, Inc.'s Motion for Entry of Final Default Judgment against Defendant M/V Escapade, In Rem (Doc. 24). On June 23, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 29) recommending that the motion be granted and the Clerk be directed to enter judgment for Plaintiff and against Defendant. No party has filed any objections and the in which time to do so has now passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 29), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 29) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Final Default Judgment (Doc. 24) is **GRANTED**.

3. The Clerk is directed to enter **JUDGMENT** for Clay County Port, Inc., and against the M/V Escapade in the following amounts:

   a. $181,289.11 for the unpaid dockage fee, sales tax, and late fees up through March 26, 2023;

   b. $14,782.52 for substitute custodian services from March 27, 2023, through June 2, 2023;

   c. $217.39 per day for substitute custodian services from June 3, 2023, through the date of sale of the vessel and delivery to the successful purchaser; and

   d. $780.03 for costs relating to the filing fee and the arrest of the M/V Escapade.

4. The case remains open and the Court reserves jurisdiction to rule on Plaintiff's Motion for Sale of Vessel (Doc. 28). No later than **August 4, 2023**, Plaintiff shall **file a proposed order** re Plaintiff's Motion for Sale of Vessel (Doc. 28). Plaintiff is further directed to email a copy of the proposed order in Word format to chambers_flmd_corrigan@flmd.uscourts.gov.

**DONE AND ORDERED** in Jacksonville, Florida the 26th day of July, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record

Defendant
c/o Trade Winds Cruise Lines, LLC
Teresa Pasternack
1449 West Wilson Ave.
Chicago, IL 60640