**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLAY COUNTY PORT, INC.,

    Plaintiff,

v.                                      Case No. 3:23-cv-292-TJC-JBT

M/V ESCAPADE, her engines,
tackle, apparel, etc., In Rem,

    Defendant.

## FINAL JUDGMENT

It is **ORDERED AND ADJUDGED** that:

Pursuant to this Court's Order (Doc. 30), entered July 26, 2023, judgment is hereby entered in favor of Plaintiff Clay County Port, Inc., and against Defendant M/V Escapade in the following amounts:

    a.    $181,289.11 for the unpaid dockage fee, sales tax, and late fees up through March 26, 2023;

    b.    $14,782.52 for substitute custodian services from March 27, 2023, through June 2, 2023;

    c.    $217.39 per day for substitute custodian services from June 3, 2023, through the date of sale of the vessel and delivery to the successful purchaser; and

    d.    $780.03 for costs relating to the filing fee and the arrest of the M/V Escapade.

**ORDERED AND ADJUDGED** in Jacksonville, Florida the 26th day of July, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies:

Counsel of record

Defendant
c/o Trade Winds Cruise Lines, LLC
Teresa Pasternack
1449 West Wilson Ave.
Chicago, IL 60640

(with Civil Appeals Checklist)